BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER SANTO CAPODIECI,<br><br>Defendant. | CASE NO. 1:14-CR-00228-LJO-SKO<br><br>STIPULATION TO MODIFY DATE OF INITIAL APPERANCE; ORDER<br><br>DATE: November 12, 2014<br>TIME: 1:30 a.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through Assistant U.S. Attorney Grant B. Rabenn, and defendant, by and through his attorney, Randy Sue Pollock, hereby stipulate as follows:

1. By previous order of the Middle District of Florida, Ocala Division, this matter was set for initial appearance in the Eastern District of California, Fresno Division on November 12, 2014 at 1:30 p.m. See Docket Number 40.

2. By this stipulation, defendant now moves to continue the initial appearance from November 12, 2014 at 1:30 p.m. to November 19, 2014 at 1:30 p.m. This request is based on defendant's need to coordinate his travel from Florida to California for the initial appearance.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 5, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | |
| | /s/ GRANT B. RABENN<br>GRANT B. RABENN<br>Assistant United States Attorney |
| Dated: November 5, 2014 | /s/ RANDY SUE POLLOCK<br>Randy Sue Pollock<br>Counsel for Defendant<br>Peter Santo Capodieci |

**ORDER**

IT IS SO FOUND AND ORDERED that Defendant Peter Santo Capodieci (3) Initial Appearance for Arraignment and Plea on Indictment in the Eastern District of California, at Fresno is continued from November 12, 2014 to Wednesday, November 19, 2014 at 1:30 PM in Courtroom 8 before Judge McAuliffe.

IT IS SO ORDERED.

Dated: **November 7, 2014**        /s/ Barbara A. McAuliffe
                                                           UNITED STATES MAGISTRATE JUDGE