BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>PETER SANTO CAPODIECI,<br><br>                              Defendant. | CASE NO.  1:14-CR-00228-LJO-SKO<br><br>STIPULATION AND ORDER BETWEEN THE UNITED STATES AND DEFENDANT PETER SANTO CAPODIECI |

### STIPULATION

WHEREAS, the discovery in this case is voluminous and contains personal information including but not limited to Social Security numbers, dates of birth, financial account numbers, telephone numbers, residential addresses, and information regarding confidential informants ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant, PETER SANTO CAPODIECI, by and through his counsel of record Randy Sue Pollock ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

STIPULATION AND [PROPOSED]
ORDER

1.   This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.   This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3.   By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view un-redacted documents in the presence of Defense Counsel or under the supervision of Defense Counsel. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4.   The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.   Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///

///

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER

2

1    7.    In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees

2  to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

3  this Order or the Court modifies this Order regarding such transfer of discovery.

4

5    **IT IS SO STIPULATED**.

6  Dated:  November 19, 2014                    BENJAMIN B. WAGNER
                                               United States Attorney

7

8                                              /s/ Grant B. Rabenn
                                               GRANT B. RABENN

9                                              Assistant United States Attorney

10  Dated: November 19, 2014                   /s/ Randy Sue Pollock
                                               RANDY SUE POLLOCK

11                                             Counsel for Defendant Peter Santo Capodieci

12

13

14

15

16                          **ORDER**

17  IT IS SO ORDERED.

18    Dated:   **November 20, 2014**            **/s/ Lawrence J. O'Neill**

19                                             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]          3
ORDER