RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:   510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
PETER SANTO CAPODIECI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 1:14-cr-00228-LJO-**SKO** |
| Plaintiff, | |
| vs. | **WAIVER OF DEFENDANT'S APPEARANCE;  ORDER** |
| PETER SANTO CAPODIECI, | |
| Defendant.                               / | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Peter Santo Capodieci, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that the defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally

1

present; and further agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. Sections 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver will be preserved by the attorney undersigned.

Date: December 4, 2014                            /s/ *PETER SANTO CAPODIECI*
                                                  PETER SANTO CAPODIECI

I agree and consent to my Client's waiver of appearance.

Date: December 4, 2014                            */s/RANDY SUE POLLOCK*
                                                  RANDY SUE POLLOCK

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the appearance of defendant PETER CAPODIECI is WAIVED for any proceeding that the Court may permit his absence.

IT IS FURTHER ORDERED THAT defendant PETER CAPODIECI's interests will be deemed represented at all times by the presence of his attorney, Randy Sue Pollock, the same as if the defendant were personally present in court.

IT IS FINALLY ORDERED that defendant will be present in Court ready for trial any day and hour the Court may fix in the defendant's absence.

IT IS SO ORDERED.

Dated:   **December 9, 2014**                     **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE