BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>PETER SANTO CAPODIECI,<br><br>        Defendant. | CASE NO. 1:14-CR-00228 LJO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCE HEARING<br><br>CURRENT DATE: June 22, 2015<br>PROPOSED DATE: November 16, 2015<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Randy Sue Pollock, counsel for the defendant Peter Santo Capodieci, that the sentencing hearing currently set for June 22, 2015, may be continued to November 16, 2015 at 8:30 a.m. or to a date the Court deems appropriate. Defense counsel is unavailable on the date currently set and plans to have surgery that will make it difficult to schedule a sentencing before the above-referenced date.

///

///

///

///

///

Stipulation to Continue
Sentencing Hearing; Order

1

1 | Dated: April 17, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Grant B. Rabenn*
GRANT B. RABENN
Assistant United States Attorney


*/s/ Randy Sue Pollock*
RANDY SUE POLLOCK
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **April 20, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

Stipulation to Continue
Sentencing Hearing; Order

2