RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:   510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
PETER SANTO CAPODIECI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 14-00228-LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| PETER SANTO CAPODIECI, | Current Date:   November 16, 2015<br>Proposed Date: May 31, 2016<br>Time:                8:30 a.m.<br>Judge:              Hon. Lawrence J. O'Neill |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Grant B. Rabenn, Assistant United States Attorney, and Randy Sue Pollock, counsel for defendant Peter Santo Capodieci, that the sentencing hearing, currently on calendar for November 26, 2015, be continued to May 31, 2016 at 8:30 a.m.

The parties seek a continuance for the sentencing date because AUSA Grant Rabenn will be involved in a trial on the date scheduled for sentencing.  Defense counsel Randy Sue Pollock is scheduled to begin a multi-defendant RICO trial in the Northern District of California before the Honorable Charles R. Breyer, *United States v. Raymond Chow,* Case No. CR14-0196 CRB.

/ / /

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING**                     1

The *Chow* trial begins November 2, 2015 and will not conclude for several months.

Date: September 13, 2015                     /s/RANDY SUE POLLOCK
                                             RANDY SUE POLLOCK

Date:  September 13, 2015                    /s/ GRANT B. RABENN
                                             GRANT B. RABENN

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that sentencing proceedings of defendant Peter Santo Capodieci, currently set for November 16, 2015, be vacated and continued until May 31, 2016 at 8:30am.

IT IS SO ORDERED.

Dated:   **September 15, 2015**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING**                2