RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:   510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
PETER SANTO CAPODIECI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00228-LJO-SKO-3 |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY DATE FOR FILING DEFENSE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** |
| vs. | |
| PETER SANTO CAPODIECI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Grant B. Rabenn, Assistant United States Attorney, and Randy Sue Pollock, counsel for defendant Peter Santo Capodieci, that the due date to file defense objections to the Presentence Investigation Report, currently June 10, 2016, be modified to June 17, 2016.  Defense counsel requests additional time to file objections due to a Northern District jury trial, *U.S. v. Cervantes*, CR12-0792 YGR, currently underway before the Honorable Yvonne Gonzalez Rogers.

Date: June 7, 2016            */s/RANDY SUE POLLOCK*
                                             RANDY SUE POLLOCK

Date:  June 7, 2016            */s/ GRANT B. RABENN*
                                              GRANT B. RABENN

**STIPULATION AND ORDER TO MODIFY DATE TO FILE DEFENSE OBJECTIONS TO PSR**                                        1

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Peter Capodieci's objections to the Presence Investigation Report be filed by June 17, 2016.

IT IS SO ORDERED.

Dated:  **June 8, 2016**             /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE